# United States District Court
## For The Western District of North Carolina
## Statesville Division

DARWIN LEWIS TURNER,

    Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                        5:08CV36

UNITED STATES OF AMERICA,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/5/2008 Order.

Signed: June 5, 2008

Frank G. Johns, Clerk
United States District Court